# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

GERALD A. RENO,

      Plaintiff,

v.                                  CASE NO.  8:15-cv-1371-T-26MAP

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION**, it is **ORDERED AND**

**ADJUDGED** that the Defendant's Motion to Compel Answers to Interrogatories (Dkt. 10) is

**granted**.  The Plaintiff shall provide answers to the Defendant's interrogatories within ten (10)

days of this order.

      **DONE AND ORDERED** at Tampa, Florida, on October 20, 2015.


                       *s/Richard A. Lazzara*
                    **RICHARD A. LAZZARA**
                    **UNITED STATES DISTRICT JUDGE**


**COPIES FURNISHED TO**:
Counsel of Record