UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERALD A. RENO,

    Plaintiff,

v.                                CASE NO.  8:15-cv-1371-T-26MAP

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is **ORDERED AND ADJUDGED** that the Defendant's Motion to Compel (Dkt. 14) is denied for failure to comply with the requirements of Local Rule 3.01(g).  This Court requires that counsel filing a motion to compel confer *personally* with opposing counsel prior to filing such a motion.  Defendant's counsel is directed to confer *personally* with Plaintiff's counsel within five (5) days of this order in a good faith effort to resolve the discovery issues raised in the motion without Court intervention.  Plaintiff's counsel shall make himself available for such a conference.  If the Defendant refiles the motion, counsel is put on notice that the Court will direct an expedited response from the Plaintiff and will schedule an expedited hearing on short notice.  Any counsel the Court determines has not acted in good faith will be subject to sanctions.

    **DONE AND ORDERED** at Tampa, Florida, on April 11, 2016.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record