UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERALD A. RENO,

    Plaintiff,

v.                                    CASE NO. 8:15-cv-1371-T-26MAP

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
                                     /

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the parties' written submissions, it is **ORDERED AND ADJUDGED** that the Plaintiff's Motion to Exclude Plaintiff's Prior Bankruptcy Records from Evidence (Dkt. 50) is **granted**.

The Court finds unconvincing Defendant's argument that its failure to comply with the thirty-day time requirement imposed by Federal Rule of Civil Procedure 37(c)(1) was inadvertent, substantially justified, and harmless. Because Defendant's counsel failed to provide any specifics as to exactly how and when the Plaintiff's bankruptcy records came into the Defendant's possession, custody, and control, the Court is simply unable to assess whether the failure to provide the documents in a timely manner was in fact inadvertent, substantially justified, and harmless.

Nor has Defendant's counsel made any explanation as to why Defendant failed to notify the Court of this "new evidence" and immediately seek an order from the Court allowing its use at trial "in the furtherance of justice" as mandated by Local Rule 3.06(e).  Finally, Defendant's counsel has utterly failed to offer any substantive analysis of why these records are relevant to any issue to be resolved by the jury and, if relevant, why their probative value substantially outweighs misleading the jury and unfair prejudice to the Plaintiff's character.

**DONE AND ORDERED** at Tampa, Florida, on September 30, 2016.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record